**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01491-CR
No. 05-13-01492-CR

**JUAN JOSHIOS ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 429-82027-09, 429-82208-09**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 2, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the March 4, 2014 order requiring findings.

We **GRANT** the April 2, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/ DAVID EVANS
   JUSTICE